## McBride *v.* Thornburg.

Atkinson, J. There being no complaint of any error of law committed on the trial, and the evidence, though conflicting, being sufficient to support the verdict, the discretion of the trial judge in refusing a new trial will not be disturbed. *Judgment affirmed. All the Justices concur.*

June 16, 1916.

Complaint. Before Judge Graham. Montgomery superior court. June 15, 1915.

*A. C. Saffold* and *L. C. Underwood,* for plaintiff in error.
*Charles D. Loud,* contra.